## El Pueblo *v.* Merced.

Apelación procedente de la Corte de Distrito de Humacao.

No. 32.  Resuelto en diciembre 12, 1905.

Apelación.—Notas del taquígrafo.—Relación de hechos.—Pliego de excepciones.—Las notas tomadas por el taquígrafo durante el juicio de una causa, no forman parte de la transcripción de autos para la apelación, y si dicha transcripción no contuviere la prueba consignada en un pliego de excepciones ó relación de hechos, el tribunal no podrá considerar y resolver la alegación de que el veredicto es contrario á las pruebas practicadas en el juicio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José Guzmán Benítez.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

La presente es una apelación de la Corte de Distrito de Humacao. El reo fué acusado de atentado contra la vida y convicto de delito inferior de acometimiento y agresión con arma mortífera, y sentenciado á un año de cárcel, y costas.

El único error que se alega es que el veredicto del jurado es contrario á la prueba. El apelante remite á la corte á la prueba indicada en las notas del taquígrafo, que van unidas al récord y están certificadas por el mismo estenógrafo. Esta corte ha resuelto en los casos de *El Pueblo de Puerto Rico* v. *Juan de Mata Eligier,* así·como en el de *El Pueblo de Puerto Rico* v. *Francisco Dones Ramos,* que las notas del taquígrafo no forman parte del récord en la apelación. Eso, no obstante, hemos leído la prueba tal como ha sido certificada por el taquígrafo, y entendemos que las declaraciones del testigo de cargo, Angel Morales, bastarían para impedir que esta corte revocara la sentencia, aún en el caso de que el récord de la prueba hubiese sido debidamente preparado, mediante un pliego de excepciones ó de otro modo.

No habiéndose alegado otro error, la sentencia de la Corte de Distrito, debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.